UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                                                  Case No. 3:23cr88-MCR-4

DAVID FOUNTAIN,

   Defendant.
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **DAVID FOUNTAIN,** to Count One, Count Six, and Count Seven of the Indictment is hereby **ACCEPTED**.  All parties will appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 29th day of January 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**